**REGENT PARTNERS, INC., Appellant,**

v.

**CITY OF KANSAS CITY, Missouri, and Tax Increment Financing Commission of Kansas City, Missouri, Respondents.**

No. WD 60400.

Missouri Court of Appeals, Western District.

Oct. 8, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied Nov. 26, 2002.

Application for Transfer Denied Jan. 28, 2003.

Alvin D. Shapiro, Overland Park, KS, for Appellant.

Lana K. Torczon, Steven E. Mauer, Kansas City, MO, for Respondents.

Before VICTOR C. HOWARD, P.J., EDWIN H. SMITH and THOMAS H. NEWTON, JJ.

**2.** Sullivan's Motion to Strike "Preliminary Statement" in Appellants' Brief is denied.

**ORDER**

PER CURIAM.

Regent Partners, Inc. ("Regent") appeals from the trial court's judgment "dismissing" its action for declaratory judgment and injunctive relief for failure to state a claim upon which relief could be granted. We affirm. Rule 84.16(b)